UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Allianz Life Insurance Company of North America, | No. 0:18-cv-02209-WMW-HB |
| Plaintiff, | |
| vs. | |
| Kathy D. Ryan, in her capacity as Trustee of The Brody Family Trust, and Lake Forest Bank & Trust Company, N.A., | |
| Defendants. | |

_____

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**
_____

I hereby certify that on September 28, 2018, I caused the following documents:

**LAKE FOREST BANK & TRUST COMPANY, N.A.'S ANSWER, AFFIRMATIVE DEFENSES, CROSS CLAIM, AND THIRD PARTY CLAIM**

- ✓ to be filed electronically with the Clerk of Court through ECF and/or
- ✓ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail and electronic mail to counsel for Kathy D. Ryan at the following addresses:

    Margery S. Bronster, Esq.
    Melinda Weaver, Esq.
    Bronster Fujichaku Robbins
    1003 Bishop Street, Suite 2300
    Honolulu, Hawaii 96813
    mbronster@bfrhawaii.com
    mweaver@bfrhawaii.com

2

Date:  September 28, 2018                          **s/** Kristina H. Kaluza
                                                  **Signature of filing party**

                                                  Kristina H. Kaluza
                                                  Filer's Typed Name

2