Kathy Ryan
395 Wekiu Place
PO Box 11030
Lahaina, Hawaii  96761
khattykathy77@gmail.com
808-419-4470
September 28, 2018



RECEIVED BY MAIL
OCT - 2 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Allianz Life Insurance Company of North America,

          Case No. 0:18-cv-02209-WMW-HB

          Plaintiff,

      ANSWER TO COMPLAINT FOR INTERPLEADER

v.

Kathy D. Ryan, in her capacity of Trustee of The Brody Family Trust, and Lake Forest Bank & Trust Company, N.A.

          Defendants.

---

I, Kathy Ryan, as Trustee of The Brody Family Trust deny all the allegations contained in the complaint for interpleader filed on July 30, 2018.

I claim all the defenses contained in Federal Rule of Civil Procedure #8.

This is not the appropriate forum for this action.  I live in Hawaii.  I would like this action to be transferred to Hawaii.

SCANNED
OCT - 2 2018
U.S. DISTRICT COURT MPLS

I am in the process of obtaining an attorney in Minnesota and reserve the right to amend this answer.

*Kathy Ryan* /s/ Kathy Ryan, Trustee

9/28/18
Dated: Lahaina, Hawaii

cc: Jeffrey D. Hedlund (#175791)
   Isaac B. Hall (#0395398)
   FAEGRE BAKER DANIELS LLP
   2200 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, MN  55402-3901

   Kristina H. Kaluza, Esq.
   Dykema Gossett PLLC
   4000 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, MN  55402

Answer to Complaint for Interpleader - Kathy Ryan TTEE of BFT