Sept. 28, 2018

To Whom It May Concern:

Please file the enclosed.

I am enclosing a stamped self-addressed envelope. Please send a filed copy to me.

Thank you.

Kathy Ryan

Kathy Ryan
P.O. Box 11030
Lahaina, Hawaii 96761
KnottyKathy77@gmail.com
808-419-4470

RECEIVED BY MAIL
OCT - 2 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

SCANNED
OCT - 2 2018
U.S. DISTRICT COURT MPLS