

Ms. Kathy Ryan
PO Box 11030
Lahaina, HI 96761

CERTIFIED MAIL™

RECEIVED
BY MAIL

OCT - 2 2018

CLERK, US DISTRICT COURT
MINNEAPOLIS MN

OCT - 2 2018

RETURN RECEIPT REQUESTED

SCANNED

7011 3500 0001 6481 8450

UNITED STATES POSTAL SERVICE®

1000

55415

U.S. POSTAGE PAID
FCM LETTER
LAHAINA, HI
96761
SEP 28, 18
AMOUNT
$6.91
R2303S100331-04

Clerk of Court
300 South Fourth Street
202 U.S. Courthouse
Minneapolis, Minnesota
55415