UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Allianz Life Insurance Company of North America, | No. 0:18-cv-02209-WMW-HB |
| Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| vs. | |
| Kathy D. Ryan, in her capacity as Trustee of The Brody Family Trust, and Lake Forest Bank & Trust Company, N.A., | |
| Defendants. | |

_____

Lake Forest Bank & Trust Company, N.A.,

                Crossclaimant,

    vs.

Kathy D. Ryan, in her capacity as Trustee of The Brody Family Trust,

                Crossclaim-Defendant.
_____

Lake Forest Bank & Trust Company, N.A.,

                Third Party Plaintiff,

    vs.

Kathy D. Ryan, an individual,

                Third Party Defendant.
_____

2

I hereby certify that on October 4, 2018, I caused the following documents:

**LAKE FOREST BANK & TRUST COMPANY, N.A.'S ANSWER, AFFIRMATIVE DEFENSES, CROSS CLAIM, AND THIRD PARTY CLAIM**

to be mailed by first class mail, postage paid, to the following:

>Kathy D. Ryan
>Trustee of the Brody Family Trust
>395 Weiku Place
>P.O. Box 11030
>Lahaina, Hawaii 96761

Date:  October 4, 2018                                **s/ Kristina H. Kaluza**
                                                      **Signature of filing party**

                                                      Kristina H. Kaluza
                                                      Filer's Typed Name