| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Allianz Life Insurance Company of North America<br>  Plaintiff,<br>v.<br>Lake Forest Bank & Trust Company, N.A., et al.<br>  Defendant, | Court File Number<br>18-CV-02209<br><br>AFFIDAVIT OF SERVICE |

State of Hawaii } SS
County of Maui }

I, **Roselani K. AH Loo**, state that on
(Name of Server)

__10__/__03__/2018 at __11__ : __42__ __A__M, I served the:
(Date of Service)      (Time of Service)

Summons; Lake Forest Bank & Trust Company, N.A.'s Answer, Affirmative Defenses, Cross Claim, and Third Party Claim; Exhibits

upon: Kathy D. Ryan

therein named, personally at:   395 Wekiu Place
                                Lahaina, HI 96761

by handing to and leaving with:

[✓] Kathy D. Ryan
[ ] a person of suitable age and discretion then and there residing at the usual abode of said, Kathy D. Ryan

_Kathy Ryan_ — Signature of Kathy D. Ryan acknowledging service
(Name of the Person with whom the documents were left)     (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __10__/__03__/2018   _Roselani K. Ah Loo_
                             (Signature of Server)

**Roselani K. AH Loo**
(Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # DYKGO2 208844 5036

Re: 104076-000016

Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com