| Attorney or Party without Attorney: <br> Dykema Gossett PLLC <br> Kristina H. Kaluza, Esq. (#390899) <br> 90 South Seventh Street <br> Minneapolis, MN 55402 <br>   Telephone No: 612.486.1900 <br>   Attorney For: Third Party Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
USDC-District of Minnesota

Third Party Plaintiff:  Lake Forest Bank & Trust Company NA
Third Party Defendants:  Michael Diyanni, in his capacity as Trustee

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 0:18-cv-02209-WMW-HB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, First Amended Third Party Complaint

3. a. Party served:   Michael Diyanni, in his capacity as Trustee
   b. Person served:   Michael Diyanni , served under F.R.C.P. Rule 4.

4. Address where the party was served:   16085 San Dieguito Rd Suite E7, Rancho Santa Fe, CA 92091

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Nov 29 2018 (2) at: 11:24 AM

6. **Person Who Served Papers:**
   a. Andranik Darbinyan (3312/San Diego)                          d. **The Fee** for Service was:
   b. FIRST LEGAL
      1111 6th Avenue, Ste. 204
      SAN DIEGO, CA 92101
   c. (619) 231-9111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

   11/29/2018
   (Date)                                          (Signature)



PROOF OF SERVICE

2835541
(311465)