# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Allianz Life Insurance Company of North America,

           Plaintiff,

v.

Kathy D. Ryan, in her capacity as Trustee of The Brody Family Trust, and Lake Forest Bank & Trust Company, N.A.,

           Defendants.

Case No. 0:18-cv-02209-WMW-HB

---

Lake Forest Bank & Trust Company, N.A.,

           Crossclaimant,

v.

Kathy D. Ryan, in her capacity as Trustee of The Brody Family Trust,

           Crossclaim-Defendant.

---

Lake Forest Bank & Trust Company, N.A.,

           Third Party Plaintiff,

v.

Kathy D. Ryan, an individual, and Michael Diyanni, in his capacity as Trustee of The Kathy Ryan Irrevocable Trust, dated March 26, 2016

           Third Party Defendants.

## NOTICE OF HEARING ON DEFENDANT KATHY D. RYAN'S MOTION TO TRANSFER

Please take notice, that the undersigned will bring Defendant Kathy D. Ryan's Motion to Transfer on for hearing before Judge Wilhelmina M. Wright at Courtroom 7A, United States Court House, 316 North Robert Street, Saint Paul, Minnesota 55101, on the 29th day of January, 2019, at 2:00 PM or as soon thereafter as counsel can be heard.

Dated:   12/18/18

                                          Respectfully submitted,

                                             s/John H. Goolsby
John H. Goolsby, #0320201
**GOOLSBY LAW OFFICE, LLC**
475 Cleveland Ave. N, Suite 212
Saint Paul, MN 55104
Telephone:  (651) 646-0153
jgoolsby@goolsbylawoffice.com
**Attorney for Defendants
Kathy D. Ryan, in her capacity as
Trustee of The Brody Family Trust,
and Kathy D. Ryan, an individual**