Allianz Life Insurance Company
of North America
PO Box 59060
Minneapolis, MN 55459-0060
800.950.7372
Fax: 763.582.6002

**Overnight**
5701 Golden Hills Drive
Minneapolis, MN 55416-1297

**Allianz** 

# Annuity application

**(1)**

**Owner**

Select one:  ☐ Individual  ■ Trust  ☐ Custodian  ☐ Qualified retirement plan

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
Social Security number/TIN

Date of birth

U.S. Citizen?
■ Yes  ☐ No
(If no, complete W8-BEN)

☐ Male
☐ Female

The Brody Family Trust
First name/trust/corporation name           M.I.           Last name

395 Wekiu Place
Street address (No PO Box)

Lahaina                      HI       96761       (808) 214-6146
City                         State    ZIP code    Telephone number

Kathy Diane Ryan                              02-09-1993
Trustee's full legal name (If trust is named)    Date of trust

**Joint owner**

Must be
an individual.

N/A
Social Security number

Date of birth

U.S. Citizen?
☐ Yes  ☐ No
(If no, complete W8-BEN)

☐ Male
☐ Female

First name           M.I.   Last name               Relationship to owner

Street address (No PO Box)

City                   State   ZIP code   Telephone number

**Annuitant**

If other than
owner or if owner
is a non-individual.

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
Social Security number

10-07-1950
Date of birth

U.S. Citizen?
■ Yes  ☐ No
(If no, complete W8-BEN)

☐ Male
■ Female

Kathy           D     Ryan              Self
First name       M.I.  Last name         Relationship to owner(s)

395 Wekiu Place
Address

Lahaina                      HI       96761       (808) 214-6146
City                         State    ZIP code    Telephone number

**(2)**

**Beneficiary
designation***

Individual owner/
Joint owner cannot
be a beneficiary.

Unless otherwise
specified, the
surviving
beneficiaries within
a class will
share equally.

**Primary**       Select one:  ☐ Individual  ☐ Corporation  ■ Trust

The Brody Family Trust        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        Self              100 %
Primary beneficiary           Social Security number/date of trust   Relationship to owner(s)   Percent

**Primary**       Select one:  ☐ Individual  ☐ Corporation  ☐ Trust

Primary beneficiary           Social Security number/date of trust   Relationship to owner(s)   ___ %
                                                                                                Percent

**Contingent**    Select one:  ☐ Individual  ☐ Corporation  ☐ Trust

Contingent beneficiary        Social Security number/date of trust   Relationship to owner(s)   ___ %
                                                                                                Percent

**Contingent**    Select one:  ☐ Individual  ☐ Corporation  ☐ Trust

Contingent beneficiary        Social Security number/date of trust   Relationship to owner(s)   ___ %
                                                                                                Percent

***Use Supplemental Beneficiary Designation Form (NB2292) if more space is needed.**

ANN-03-CA

Return originals to home office       Page 1 of 7

(R-10/2013)

841

EXHIBIT B

## ③ Tax plan
Indicate how **this contract** should be issued.

**Nonqualified**
- ☐ 1035 exchange
- ■ Other _Checking_

**Qualified**
- ☐ Transfer   ☐ Rollover
  - ☐ IRA           ☐ Roth IRA           ☐ Qualified retirement plan
  - ☐ SEP IRA     ☐ Custodial IRA     ☐ 401K
  - ☐ Simple IRA  ☐ HR10/Keogh
- Contribution for tax year 2 0 ___ ___
- ☐ Beneficial IRA (NOTE: A tax code must be selected above in addition to this option). Not available on all products.

If 1035 exchange or tax-qualified transfer, complete the Authorization to Transfer Funds Form (S2255).

## ④ Annuity products
Select a product then select up to 9 (10 for MasterDex X, 365i Annuity, Endurance Plus and Allianz 360) allocations. Indicate the percentage for each allocation.

### Flexible premium:

- ☐ Allianz 222® Annuity
- ☐ Allianz 365i® Annuity[1]
- ☐ Allianz 360℠ Annuity with Benefit Rider[1]
- ☐ Allianz Endurance® Plus Annuity
- ☐ Allianz Endurance® Elite Annuity
- ☐ MasterDex 5 Plus℠ Annuity
- ■ MasterDex X® Annuity
- ☐ Other _____

**Allocation percentages**

**S&P 500® Index**
- Annual point-to-point (Standard Index): _____ %
- Monthly sum (Standard Index): _____ %
- Annual point-to-point (Select Index):[2] _____ %
- Monthly sum (Select Index):[2] __50__ %

**Nasdaq-100®**
- Annual point-to-point:[3] _____ %
- Monthly sum: _____ %

**FTSE 100[4]**
- Annual point-to-point:[3] _____ %
- Monthly sum: _____ %

**EURO STOXX 50®[5]**
- Annual point-to-point:[3] _____ %
- Monthly sum: _____ %

**Barclays US Dynamic Balance Index[6]**
- Annual point-to-point:[7] _____ %

**Russell 2000® Index[6]**
- Annual point-to-point:[3] _____ %
- Monthly sum: _____ %

**Blended**
- Annual point-to-point:[3] _____ %
- Monthly average: _____ %

**Fixed Interest**   __50__ %

   **= 100%**

[1] If taking immediate income, complete the Lifetime Withdrawal Benefit Election form (S2212-Prefd).

[2] Only available on the MasterDex X Annuity, 365i Annuity and Endurance Plus Annuity. Additional charges apply for Select Index Allocation options. Not available if requesting immediate income using the Simple Income II, Simple Income III Rider and Income Maximizer Rider.

[3] Annual point-to-point with a cap is available.

[4] FTSE 100 is not available on the Endurance Elite, Masterdex X, 365i Annuity, 222 Annuity or Allianz 360.

[5] EURO STOXX 50® is available for Endurance Elite and MasterDex X.

[6] Barclays US Dynamic Balance Index and Russell 2000® Index are only available for Allianz 222 and 360.

[7] Annual point-to-point with a spread is available.

**The allocation percentages must be whole numbers and total 100%.**

Select a product then **circle** the percentage for each allocation.

☐ Other _____

| Allocation percentages (circle your selection) | | | | |
|---|---|---|---|---|
| • S&P 500 | 0 | 25 | 50 | 75 | 100 |
| • Nasdaq-100 | 0 | 25 | 50 | 75 | 100 |
| • Fixed interest | 0 | 25 | 50 | 75 | 100 |

**The allocation percentages must total 100%.**

**(4)**

**Annuity products con't**

Select a product then indicate the percentage for each allocation.

### Single premium:

☐ Allianz Dominator Plus® Annuity (select term)    ☐ 5   ☐ 10

☐ Immediate Elite® Annuity (complete the state-specific Supplemental Application (A3).

· ☐ Other _____

☐ Allianz Pro V1℠ Annuity                                           Allocation percentages

☐ Other _____

**Barclays Capital U.S. Aggregate Bond Index**
   • Annual point-to-point: _____ %

**PIMCO US Advantage Index℠**
   • Annual point-to-point: _____ %

**Fixed Interest:** _____ %

= 100%

**The allocation percentages must be whole numbers and total 100%.**

---

**(5)**

**Riders**

Rider-specific Statement of Understanding must be submitted with the application.

☐ Income Plus Benefit⁴: Fees apply. (available for **MasterDex 5 Plus℠ Annuity**)

■ Simple Income II Rider⁴: Fees apply (available for **MasterDex X® Annuity**). **Select Index Allocation options are not available if requesting immediate income.**

☐ Income Maximizer Rider: Fees apply (available for the **Allianz 365i® Annuity**). **Select Index Allocation options are not available if requesting immediate income.**

■ Other **Simple Income III Rider**

⁴If taking immediate income, complete the Income Plus/Simple Income Benefit Election form (S2212-1).

---

**(6)**

**Premium payment**

| Cash submitted with application | Transfer/rollover/1035 amount (estimated amount) | Agent-ordered funds (estimated amount) |
|---|---|---|
| $ 50,000.00 | $ _____ | $ _____ |

Billed premium amount

$ _____

Select mode:

☐ Single   ☐ Annually   ☐ Semiannually   ☐ Quarterly

☐ Monthly (complete EFT authorization and provide voided check)

---

**(7)**

**Replacement**

1. Do you have existing life insurance polices or annuity contracts?   ■ Yes⁵   ☐ No

2. Will the annuity contract applied for replace or change an existing policy or contract?   ☐ Yes⁵   ■ No

⁵Complete the appropriate state-specific replacement forms.

---

**(8)**

**Additional Questions**

(For the Annuitant, Owner and Beneficiary)

1. Has any party to this application, such as the applicant, proposed annuitant, owner, if other than the applicant, or any beneficiary, entered into or made plans to enter into any agreement to sell or assign the ownership of, or beneficial interest in the applied-for contract?   ☐ Yes   ■ No

2. Has any party to this application, such as the applicant, proposed annuitant, owner, if other than the applicant, or any beneficiary, ever sold, transferred or assigned any annuity contract to a third party?   ☐ Yes   ■ No

---

ANN-03-CA

(R-10/2013)

843

**(9)**

**Primary agent**

| 01-0015994 | Christopher | Salisbury |
|---|---|---|
| Agent number | First name | Last name |

| (714) 330-6233 | | Commission split percentage _____ 100 % |
|---|---|---|
| Telephone number | | Production split percentage __n/a__ % |

| | | |
|---|---|---|
| Agent number | First name | Last name |

| | | Commission split percentage _____ % |
|---|---|---|
| Telephone number | | Production split percentage __n/a__ % |

S&P® is a registered trademark of Standard & Poor's Financial Services LLC ("S&P") and Dow Jones® is a registered trademark of Dow Jones Trademark Holdings LLC ("Dow Jones"). These trademarks have been licensed for use by S&P Dow Jones Indices LLC. S&P marks are trademarks of S&P and Dow Jones marks are trademarks of Dow Jones. These trademarks have been sublicensed for certain purposes by Allianz Life Insurance Company of North America ("Allianz"). The S&P 500® Index ("the Index") and Dow Jones Industrial Average℠ ("the DJIA") are products of S&P Dow Jones Indices LLC and/or its affiliates and have been licensed for use by Allianz.

Allianz products are not sponsored, endorsed, sold, or promoted by S&P Dow Jones Indices LLC, Dow Jones, S&P, or any of their respective affiliates (collectively, "S&P Dow Jones Indices"). S&P Dow Jones Indices make no representation or warranty, express or implied, to the owners of the Allianz products or any member of the public regarding the advisability of investments generally or in Allianz products particularly or the ability of the Index and Average to track general market performance. S&P Dow Jones Indices' only relationship to Allianz with respect to the Index and Average is the licensing of the Index and Average and certain trademarks, service marks, and/or trade names of S&P Dow Jones Indices and/or its third-party licensors. The Index and Average are determined, composed, and calculated by S&P Dow Jones Indices without regard to Allianz or the products. S&P Dow Jones Indices have no obligation to take the needs of Allianz or the owners of the products into consideration in determining, composing, or calculating the Index and Average. S&P Dow Jones Indices are not responsible for and have not participated in the design, development, pricing, and operation of the products, including the calculation of any interest payments or any other values credited to the products. S&P Dow Jones Indices have no obligation or liability in connection with the administration, marketing, or trading of products. There is no assurance that investment products based on the Index and Average will accurately track index performance or provide positive investment returns. S&P Dow Jones Indices LLC and its subsidiaries are not investment advisors. Inclusion of a security or futures contract within an index is not a recommendation by S&P Dow Jones Indices to buy, sell, or hold such security or futures contract, nor is it considered to be investment advice. Notwithstanding the foregoing, CME Group Inc. and its affiliates may independently issue and/or sponsor financial products unrelated to products currently being issued by Allianz, but which may be similar to and competitive with Allianz products. In addition, CME Group Inc., an indirect minority owner of S&P Dow Jones Indices LLC, and its affiliates may trade financial products which are linked to the performance of the Index and Average. It is possible that this trading activity will affect the value of the products.

S&P DOW JONES INDICES DO NOT GUARANTEE THE ADEQUACY, ACCURACY, TIMELINESS, AND/OR THE COMPLETENESS OF THE INDEX AND AVERAGE OR ANY DATA RELATED THERETO OR ANY COMMUNICATION, INCLUDING BUT NOT LIMITED TO, ORAL OR WRITTEN COMMUNICATION (INCLUDING ELECTRONIC COMMUNICATIONS) WITH RESPECT THERETO. S&P DOW JONES INDICES SHALL NOT BE SUBJECT TO ANY DAMAGES OR LIABILITY FOR ANY ERRORS, OMISSIONS, OR DELAYS THEREIN. S&P DOW JONES INDICES MAKE NO EXPRESS OR IMPLIED WARRANTIES, AND EXPRESSLY DISCLAIM ALL WARRANTIES, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE OR AS TO RESULTS TO BE OBTAINED BY ALLIANZ, OWNERS OF THE PRODUCTS, OR ANY OTHER PERSON OR ENTITY FROM THE USE OF THE INDEX AND AVERAGE OR WITH RESPECT TO ANY DATA RELATED THERETO. WITHOUT LIMITING ANY OF THE FOREGOING, IN NO EVENT WHATSOEVER SHALL S&P DOW JONES INDICES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES INCLUDING BUT NOT LIMITED TO, LOSS OF PROFITS, TRADING LOSSES, LOST TIME, OR GOODWILL, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBLITY OF SUCH DAMAGES, WHETHER IN CONTRACT, TORT, STRICT LIABILITY, OR OTHERWISE. THERE ARE NO THIRD-PARTY BENEFICIARIES OF ANY AGREEMENTS OR ARRANGEMENTS BETWEEN S&P DOW JONES INDICES AND ALLIANZ OTHER THAN THE LICENSORS OF S&P DOW JONES INDICES.

The Nasdaq-100 Index® includes 100 of the largest domestic and international non-financial securities listed on The Nasdaq Stock Market, based on capitalization. The Nasdaq-100®, Nasdaq-100 Index®, Nasdaq®, and OMX® are registered trade marks of NASDAQ OMX Group, Inc. (which with its affiliates are the Corporations) and are licensed for use by Allianz Life Insurance Company of North America. The product(s) have not been passed on by the Corporations as to their legality or suitability. The product(s) are not issued, endorsed, sold, or promoted by the Corporations. **THE CORPORATIONS MAKE NO WARRANTIES AND BEAR NO LIABILITY WITH RESPECT TO THE PRODUCT(S).**

"FTSE", "FT-SE", "Footsie", "FTSE4Good", and "techMARK" are trade marks jointly owned by the London Stock Exchange Plc and the Financial Times and are used by the FTSE International Limited ("FTSE") under license. "All-World", "All-Share", and "All-Small" are trade marks of FTSE. The FTSE 100 is calculated by FTSE. FTSE does not sponsor, endorse, or promote this product and is not in any way connected to it and does not accept any liability in relation to it's issue, operation and trading.

The EURO STOXX 50® is the intellectual property (including registered trademarks) of STOXX Limited, Zurich, Switzerland. The Allianz product based on the Index is in no way sponsored, endorsed, sold or promoted by STOXX and shall not have any liability with respect thereto.

Allianz products are not sponsored, endorsed, sold or promoted by Barclays Capital. Barclays Capital makes no representation or warranty, express or implied, to the owners of Allianz products or any member of the public regarding the advisability of investing in securities generally or in the Allianz products particularly or the ability of the Barclays Capital Indices, including without limitation, the Barclays Capital U.S. Aggregate Bond Index and Barclays US Dynamic Balance Index, to track general bond market performance. Barclays Capital's only relationship to Allianz Life Insurance Company and its affiliates ("Allianz") is the licensing of the Barclays Capital U.S. Aggregate Bond Index and Barclays US Dynamic Balance Index which is determined, composed and calculated by Barclays Capital without regard to Allianz or the Allianz products. Barclays Capital has no obligation to take the needs of Allianz or the owners of the Allianz products into consideration in determining, composing or calculating the Barclays Capital U.S. Aggregate Bond Index and Barclays US Dynamic Balance Index. Barclays Capital is not responsible for and has not participated in the determination of the timing of, prices at, or quantities of the Allianz product to be issued or in the determination or calculation of the equation by which the Allianz products is to be converted into cash. Barclays Capital has no obligation or liability in connection with the administration, marketing or trading of the Allianz products.

BARCLAYS CAPITAL DOES NOT GUARANTEE THE QUALITY, ACCURACY AND/OR THE COMPLETENESS OF THE BARCLAYS CAPITAL INDICES, OR ANY DATA INCLUDED THEREIN, OR OTHERWISE OBTAINED BY ALLIANZ, OWNERS OF ALLIANZ PRODUCTS, OR ANY OTHER PERSON OR ENTITY FROM THE USE OF THE BARCLAYS CAPITAL INDICES, INCLUDING WITHOUT LIMITATION, THE BARCLAYS CAPITAL U.S. AGGREGATE BOND INDEX AND BARCLAYS US DYNAMIC BALANCE INDEX, IN CONNECTION WITH THE RIGHTS LICENSED HEREUNDER OR FOR ANY OTHER USE. BARCLAYS CAPITAL MAKES NO EXPRESS OR IMPLIED WARRANTIES, AND HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE WITH RESPECT TO THE BARCLAYS CAPITAL INDICES, INCLUDING WITHOUT LIMITATION, THE BARCLAYS CAPITAL U.S. AGGREGATE BOND INDEX AND BARCLAYS US DYNAMIC BALANCE INDEX, OR ANY DATA INCLUDED THEREIN. WITHOUT LIMITING ANY OF THE FOREGOING, IN NO EVENT SHALL BARCLAYS CAPITAL HAVE ANY LIABILITY FOR ANY SPECIAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING LOST PROFITS), EVEN IF NOTIFIED OF THE POSSIBILITY OF SUCH DAMAGES.

Not FDIC insured • May lose value • No bank or credit union guarantee • Not a deposit • Not insured by any federal government agency or NCUA/NCUSIF

845

Russell 2000® Index is a trademark of Russell Investments and has been licensed for use by Allianz Life Insurance Company of North America. The product is not sponsored, endorsed, sold, or promoted by Russell Investments and Russell Investments makes no representation regarding the advisability of investing in the product.

The PIMCO US Advantage Index℠ (the "Index") is a comprehensive U.S. bond market index, offering exposure to interest rate swaps, inflation-protected securities, investment-grade corporate bonds, and securitized instruments such as mortgage-backed securities. The Index is a trademark of Pacific Investment Management Company LLC ("PIMCO") and has been licensed for use for certain purposes by Allianz Life Insurance Company of North America (Allianz Life) on behalf of the annuity. The Index is the exclusive property of PIMCO and is made and compiled without regard to the needs, including, but not limited to, the suitability needs, of Allianz Life, the annuity, or the annuity contract owners. The annuity is not sold, sponsored, endorsed or promoted by PIMCO or any other party involved in, or related to, making or compiling the Index.

PIMCO does not make any warranty or representation as to the accuracy, completeness, or availability of the Index or information included in the Index and shall have no responsibility or liability for the impact of any inaccuracy, incompleteness, or unavailability of the Index or such information. Neither PIMCO nor any other party involved in, or related to, making or compiling the Index makes any representation or warranty, express or implied, to the annuity contract owner, Allianz Life, or any member of the public regarding the advisability of purchasing annuities generally or the annuity particularly, the legality of the annuity under applicable federal securities, state insurance and tax laws, the ability of the annuity to track the performance of the Index, any other index or benchmark or general fixed income market or other asset class performance, or the results, including, but not limited to, performance results, to be obtained by Allianz Life, the annuity, annuity contract owners, or any other person or entity. PIMCO does not provide investment advice to Allianz Life with respect to the annuity, to the annuity, or to annuity contract owners.

Neither PIMCO nor any other party involved in, or related to, making or compiling the Index has any obligation to continue to provide the Index to Allianz Life with respect to the annuity. In the event that the Index is no longer available to the annuity or annuity contract owners, Allianz Life may seek to replace the Index with another suitable index, although there can be no assurance that one will be available.

PIMCO disclaims all warranties, express or implied, including all warranties of merchantability or fitness for a particular purpose or use. PIMCO shall have no responsibility or liability with respect to the annuity.

## (10) Agreements and signatures

**By signing below, the contract owner acknowledges the above statements and understands or agrees to the following:**

- All statements and answers given in this or any supplemental applications are true and complete to the best of my knowledge;
- If proof of the annuitant's age is not given at the time of application, the annuitant will furnish Allianz proof before payments begin;
- I may return my contract within the right-to-examine period (shown on the first page of my contract) if I am dissatisfied for any reason;
- I believe this annuity is suitable for my financial goals;
- I acknowledge that the agent of record is my insurance agent for purposes of the Allianz Privacy Policy.

**If the contract applied for is a fixed index product, I understand that while the values of this contract may be affected by an external index, the contract does not directly participate in any stock, bond or equity investments. I also understand that I do not own any shares of an index fund or any equity or bond investments. Values shown, other than guaranteed minimum values, are not guaranteed promises or warranties. If the contract applied for is subject to market value adjustment (MVA), I understand that the contract may have increased or decreased contract values due to the MVA.**

X **Telephone authorization** – By checking, I authorize and direct Allianz to act on telephone or electronic instructions from my agent and/or anyone authorized by him/her with regards to limited transactions allowed by Allianz. If the box is not checked, this authorization will be permitted for the contract owner only. Allianz will use reasonable procedures to confirm that these instructions are authorized as genuine. As long as these procedures are followed, Allianz and its affiliates and their directors, trustees, officers, employees, representatives, and/or agents will be held harmless for any claim, liability, loss, or cost. The electronic transaction privilege may be modified or withdrawn at the discretion of Allianz. This authorization can be revoked at any time with a written cancellation by the contract owner.

---

**Make all checks payable to Allianz. Do not make checks payable to an agency, broker, agent, or leave blank.**

_LAHAINA   HI_                                                              _10/28/2013_

Signed at (city and state)                                                   Signed date

_Kathy Rixen   TEE_                          _Khithykithy@gmail.com_

Owner's signature                                                Owner's e-mail address
(or trustee, corporate officer¹, attorney-in-fact², if applicable)

Joint owner's signature                              Annuitant's signature (if other than owner)
(or trustee, corporate officer¹, attorney-in-fact², if applicable)

¹ If company or corporate owned, submit a copy of corporate resolution. Annuities owned by a non-natural person do not qualify for tax deferral and the interest that accumulates in the contract each year must be reported as taxable income.
² Submit a copy of power of attorney document. The Attorney-in-Fact must sign as follows: *Principal's name (usually the owner)* **by** *Attorney-in-Fact's name,* **Attorney-in-Fact**

**To be answered by agent:** I certify that the statements of the applicant have been correctly recorded.

X Yes   ☐ No   Does the applicant have an existing life insurance policy or an existing annuity contract?
☐ Yes   X No   Will this annuity replace or change an existing life insurance policy or annuity contract?

During the sales presentation connected with the replacement transaction, I (agent) used only Allianz approved sales materials and left a copy of each piece used with the applicant.

Agent's signature _____                          Date _10/28/2013_

---