# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Allianz Life Insurance Company of North America,

                     Plaintiff,

v.

Kathy D. Ryan, in her capacity as Trustee of The Brody Family Trust, and Lake Forest Bank & Trust Company, N.A.,

                     Defendants.

Case No. 0:18-cv-02209-WMW-HB

**PLAINTIFF ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA'S SECOND AMENDED NOTICE OF HEARING ON MOTION FOR LEAVE TO DEPOSIT THE CONTRACT'S PROCEEDS, DISCHARGE FROM THE CASE, AND AWARD OF ITS ATTORNEYS' FEES AND COSTS**

Lake Forest Bank & Trust Company, N.A.,

                     Crossclaimant,

v.

Kathy D. Ryan, in her capacity as Trustee of The Brody Family Trust,

                     Crossclaim-Defendant.

Lake Forest Bank & Trust Company, N.A.,

                     Third Party Plaintiff,

v.

Kathy D. Ryan, an individual, and Michael Diyanni, in his capacity as Trustee of The Kathy Ryan Irrevocable Trust, dated March 26, 2016,

                     Third Party Defendant.

**PLEASE TAKE NOTICE** that the hearing on Plaintiff Allianz Life Insurance

Company of North America's ("Allianz") Motion for Leave to Deposit the Contract's

Proceeds, Discharge from the Case, and Award of Its Attorneys' Fees and Costs in the

above referenced action will be heard before the Honorable Wilhelmina M. Wright,

United States District Judge, at the United States District Court, Courtroom 7A, 316 N.

Robert Street, St. Paul, Minnesota 55101, commencing at 9:00 a.m., on April 9, 2019,

and continuing thereafter by adjournment until the same shall be completed.


Dated:  January 31, 2019

s/ Jeffrey D. Hedlund
Jeffrey D. Hedlund (#175791)
Isaac B. Hall (#0395398)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
jeff.hedlund@FaegreBD.com
isaac.hall@FaegreBD.com

*Attorneys for Plaintiff Allianz Life
Insurance Company of North America*